UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LUIS TORO, *on behalf of himself and all others similarly situated,*

                Plaintiff,

-against-

MotoMummy, LLC,

                Defendant.
-----------------------------------------------------------------X

**MEDIATION REFERRAL ORDER**

**23-cv-6598 (JHR) (VF)**

**VALERIE FIGUEREDO, UNITED STATES MAGISTRATE JUDGE**

The parties are directed to submit a joint letter informing the Court as to whether they are jointly interested in attending a settlement conference before the Court by no later than **December 28, 2023.**

    **SO ORDERED.**

Dated: December 14, 2023
       New York, New York

_____
VALERIE FIGUEREDO
United States Magistrate Judge