

# Mars Khaimov Law, PLLC

100 Duffy Avenue, Suite 510

Hicksville, New York 11801

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

**VIA ECF**
Magistrate Judge Valerie Figueredo
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007                                                                December 22, 2023

    Re:   <u>1:23-cv-06598-JHR-VF Toro v. MotoMummy, LLC</u>

          <u>Mediation Order Response</u>

Dear Judge Figueredo:

    The Parties have conferred in accordance with the Court's December 14th, 2023 order. They consent to a Settlement Conference with Your Honor, and thank the court for making time to assist the parties to resolve the matter.

    Respectfully submitted,

<u>/s/ Mars Khaimov</u>
Mars Khaimov, Esq.
*Attorney for Plaintiff*

<u>/s/ David Stein</u>
David Stein, Esq.
*Attorney for Plaintiff*

