UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LUIS TORO, *on behalf of himself and all others similarly situated,*

                  Plaintiff,                  23-CV-6598 (JHR) (VF)

       -against-                         **ORDER**

MOTOMUMMY, LLC.

                  Defendant.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

The parties are directed to file a joint status letter updating the Court as to the status of the case on or before **Monday, September 16, 2024**.

    **SO ORDERED.**

DATED:    New York, New York
                 September 4, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge