UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LUIS TORO, *on behalf of himself and all others similarly situated,*

                                   Plaintiff,

       -against-

MOTOMUMMY, LLC.

                                   Defendant.
-----------------------------------------------------------------X

23-CV-6598 (JHR) (VF)

**ORDER RESCHEDULING SETTLEMENT CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       The settlement conference in this matter has been rescheduled for **Thursday, January 16, 2025 at 10:00 a.m.**, in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend the settlement conference, accompanied by that party's attorney, and corporate parties must send a representative with decision making authority to settle the matter to the conference.

       Defendant must respond to Plaintiff's previous demand, prior to the conference. The parties are instructed to prepare pre-conference submissions in accordance with the Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at https://www.nysd.uscourts.gov/hon-valerie-figueredo). Pre-conference submissions must be received by the Court no later than **January 9, 2025.**

       **SO ORDERED.**

DATED:    New York, New York
                November 13, 2024

                                                          VALERIE FIGUEREDO
                                                          United States Magistrate Judge