UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LUIS TORO, *on behalf of himself and all others
similarly situated,*

                               23-CV-6598 (JHR) (VF)

                                    **ORDER**

                   Plaintiff,

          -against-

MOTOMUMMY, LLC.

                   Defendant.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On April 14, 2025, the parties filed a notice of settlement. ECF No. 29. On April 15,

2025, the parties were directed to file a status update with the Court within 45 days if a

stipulation of dismissal was not filed. ECF No. 30. To date, nothing has been filed. The

parties are directed to provide an update by **Tuesday, June 10, 2025.**

       **SO ORDERED.**

DATED:     New York, New York
             June 5, 2025

                             _____
                             VALERIE FIGUEREDO
                             United States Magistrate Judge